Decided February 1, 2006

## STATE OF CONNECTICUT v. TYISH SMITH

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 579 (AC 25144), is denied.

*Annacarina DelMastro*, senior assistant public defender, in support of the petition.

---

* Superseded. See *Brown* v. *Commissioner of Correction*, 277 Conn. 922, 895 A.2d 795 (2006).

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided February 1, 2006

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 427 (AC 26290), is denied.